

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Kevin Bryan Farrar, Appellant

No. 06-16-00019-CR     v.

The State of Texas, Appellee

Appeal from the 188th District Court of Gregg County, Texas (Tr. Ct. No. 41108-A). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We further order that the appellant, Kevin Bryan Farrar, pay all costs of this appeal.

RENDERED NOVEMBER 17, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk